## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| **TARESSA MORGAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | **Case No. 4:23-CV-00830-SRB** |
| | ) | |
| **DENIS McDONOUGH, Secretary** | ) | |
| **UNITED STATES DEPARTMENT OF** | ) | |
| **VETERANS AFFAIRS,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION TO AMEND COMPLAINT

**COMES NOW** Plaintiff, Taressa Morgan, and hereby requests the Honorable Court to allow Plaintiff to Amend her complaint. As grounds for this Motion, Plaintiff states:

1). At the time of the initial filing of the complaint, Plaintiff had not yet received a Final Agency Decision on some of the allegations found in the complaint.

2). Plaintiff has now received the Final Agency Decision on those allegations. Plaintiff would move to Amend her complaint such that the complaint indicates that the Final Agency Decision on the second EEO complaint has been received and all administrative process has been fully exhausted.

3). A copy of Plaintiff's First Amended Petition is filed herewith. Plaintiff requests that the Court deem it filed on this date.

Respectfully submitted,

_/s/ Rebecca M. Randles_

REBECCA M. RANDLES                    MO #40149
**RANDLES MATA, LLC**
851 NW 45th Street
Suite 310
Gladstone, Missouri 64116
(816) 931-9901
(816) 931-0134 (FAX)
rebecca@randlesmatalaw.com

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of this document was duly served on this 27th day of July via the Court's electronic filing and notification service to all of those who are registered users on this matter.

<u>/s/ Rebecca M. Randles</u>
Attorney for Plaintiff