# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| TARESSA MORGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 23-00830-CV-W-SRB |
| ) | |
| DOUGLAS A. COLLINS, SECRETARY OF THE ) | |
| DEPARTMENT OF VETERANS AFFAIRS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO EXTEND

Pursuant to FED. R. CIV. P. 6, defendant Douglas A. Collins, in his official capacity as Secretary of the Department of Veterans Affairs ("the VA"), submits the following brief response to the PLAINTIFF'S MOTION FOR EXTENSION OF DISCOVERY AND DISPOSITIVE MOTION DEADLINES [Doc. 23] filed herein by plaintiff Taressa Morgan ("Morgan").

In the aforementioned MOTION, Morgan requests that the Court extend the current deadline for the close of discovery (December 31, 2025) by one month to and including January 31, 2026. The VA does not object to the extension but suggests a close of discovery of Monday, February 2, 2026 instead inasmuch as the date suggested by Morgan falls on a Saturday.

In addition, although Morgan's MOTION references an extension of the current dispositive motion deadline, the MOTION does not propose a new deadline. For consistency, the VA suggests that the Court set the new deadline for the filing of dispositive motions to and including Monday, March 2, 2026.

Respectfully submitted,

R. Matthew Price
United States Attorney

By  */s/ Jeffrey P. Ray*

Jeffrey P. Ray
First Asst. U.S. Attorney/Civil Chief
Missouri Bar No. 35632

Charles Evans Whittaker Courthouse
400 East Ninth Street, Fifth Floor
Kansas City, MO 64106
(816) 426-3130
FAX: (816) 426-3165
E-MAIL: Jeffrey.Ray@usdoj.gov

ATTORNEYS FOR DEFENDANT
DOUGLAS A. COLLINS, SECRETARY
OF THE DEPARTMENT OF VETERANS
AFFAIRS

2

Case 4:23-cv-00830-SRB    Document 25    Filed 12/30/25    Page 2 of 2