| | | |
|---|---|---|
| TARESSA MORGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:23-cv-00830-SRB |
| | ) | |
| DOUGLAS A. COLLINS, SECRETARY OF | ) | |
| VETERANS AFFAIRS, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION TO ENLARGE THE DEADLINE FOR CLOSE OF DISCOVERY AND FILING OF DISPOSITIVE MOTIONS

Pursuant to FED. R. CIV. P. 6 and W.D. MO. LOCAL RULES 16.1(f), 16.3, and 26.1(c), plaintiff Taressa Morgan ("Morgan") and defendant Douglas A. Collins, in his official capacity as the Secretary of the Veterans Affairs ("the VA"), hereby jointly move the Court to extend the current deadline for the parties to complete discovery and to file dispositive motions. More specifically, Morgan and the VA submit:

1.      The current scheduling order in this case sets a deadline for the close of discovery on May 1, 2026, and a deadline for the filing of any dispositive motions for Monday, June 1, 2026.  Doc. 28.

2.      Due to several factors including an unanticipated sickness related to ongoing medical treatment for counsel for the VA, the parties have been unable to find mutually agreeable dates for the deposition of Morgan (by counsel for the VA) and for the depositions of three specifically identified VA supervisors (by counsel for Morgan).

3.      The parties believe these depositions are critical and will greatly assist the Court and the parties in addressing the legal issues in this case and, possibly, enabling a resolution of this case without a trial.

1

Based on the foregoing, plaintiff Taressa Morgan and defendant Douglas A. Collins, in his official capacity as the Secretary of the Veterans Affairs, hereby respectfully and jointly move for an order of this Court extending the close of discovery to Wednesday, July 1, 2026, and enlarging the time for the parties to file dispositive motions in this case by three weeks or to, and including, Wednesday, July 15, 2026.

Respectfully submitted,

Randles Mata, LLC

By      */s/ Rebecca M. Randles*

Rebecca M. Randles
Missouri Bar Number

851 NW 45th Street, Suite 310
Kansas City, MO 64116
(816) 931-9901
FAX: 816-931-0134
Email: rebecca@randlesmatalaw.com

ATTORNEYS FOR PLAINTIFF TARESSA MORGAN

- and –

R. Matthew Price
United States Attorney

By      */s/ Jeffrey P. Ray*

Jeffrey P. Ray
First Asst. U.S. Attorney & Civil Chief
Missouri Bar No. 35632

Charles Evans Whittaker Courthouse
400 East Ninth Street, Fifth Floor
Kansas City, MO 64106
(816) 426-3130
FAX: (816) 426-3165
E-MAIL: Jeffrey.Ray@usdoj.gov

ATTORNEYS FOR DEFENDANT SCOTT BESSENT, SECRETARY OF THE TREASURY

2