**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| TARESSA MORGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:23-cv-00830-SRB |
| | ) | |
| DOUGLAS COLLINS, SECRETARY OF THE DEPARTMENT OF VETERANS AFFAIRS, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

# NOTICE OF SETTLEMENT

Defendant Douglas Collins, in his official capacity as the Secretary of Veterans Affairs ("VA"), hereby notifies the Court that the parties have reached a settlement in this case. An initial settlement document has been prepared and the parties anticipate filing a formal dismissal once the terms of the settlement agreement have been finalized and completed.

Respectfully submitted,

R. Matthew Price
United States Attorney

By *Isl Jeffrey P. Ray*

Jeffrey P. Ray
Assistant United States Attorney
Missouri Bar No. 35632

Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri 64106
(816) 426-3130
Jeffrey.Ray@usdoj.gov

ATTORNEYS FOR DEFENDANT
DOUGLAS COLLINS, SECRETARY OF
VETERANS AFFAIRS